IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICK SHAQUIL WADE,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1367

_____/

Opinion filed March 8, 2016.

An appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Nancy A. Daniels, Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.  See Walton v. State, 106 So. 3d 522 (Fla. 1st DCA 2013) (en banc), rev. granted, 145 So. 3d 830 (Fla. 2014).

ROBERTS, C.J., SWANSON and KELSEY, JJ., CONCUR.